Laurien C. Robertson, Appellant, Respondent, v. Edward F. Robertson, Defendant. Gustav Lange, Jr., Respondent, Appellant.— Order

affirmed, with ten dollars costs and disbursements.   No opinion.   Present
— Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.